| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" | | |
|---|---|---|---|

FILED MAR 17 2017 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

JDS #

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>15-CV-1027V    #15-CV-1027 |
|---|---|
| DEFENDANT<br>Patricia Scanlan, et al | TYPE OF PROCESS<br>TERMS OF SALE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
County of Cattaraugus- City of Salamanca
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
847 Front Ave., Salamanca, NY 14779

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C.
Attn: Jennifer Clark
One S. Clinton Ave., Suite 1000
Rochester, NY 14640

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please conduct the foreclosure sale schedule for February 23, 2017 at 11:00 am.

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*Jennifer Clark*       TELEPHONE NUMBER 585-325-7515       DATE 1/9/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 55 | District to Serve<br>No. 55 | Signature of Authorized USMS Deputy or Clerk<br>MEh, ASA | Date<br>01-10-2017 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 2/6/17   Time 10:37 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavor | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: Sale Cancelled - Open Fire Claim not yet resolved  2/6/17

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13